■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES TOWNER, Appellant. [721 NYS2d 255] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered August 12, 1999, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's plea was knowingly, voluntarily, and intelligently entered (*see, People v Harris,* 61 NY2d 9).

The defendant's remaining contentions are without merit. Bracken, Acting P. J., S. Miller, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN WHITE, Appellant. [721 NYS2d 547] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered July 2, 1998, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied the effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137).

The defendant waived his right to claim on appeal that his sentence was harsh and excessive (*see, People v Allen,* 82 NY2d 761; *People v Thomas,* 262 AD2d 588). Bracken, Acting P. J., S. Miller, McGinity and Schmidt, JJ., concur.